UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:11:00097 |
| | ) | JUDGE CAMPBELL |
| JESSE LEE BUNDY | ) | |

ORDER

Pending before the Court is the Government's Motion to Continue Revocation Hearing (Docket No.17). The Motion is GRANTED.

The revocation hearing currently scheduled for September 20, 2012, is RESCHEDULED for September 27, 2012, at 10:30 a.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE