UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:11-00097 |
| | ) | JUDGE CAMPBELL |
| JESSE LEE BUNDY | ) | |

## ORDER

Pending before the Court is a Joint Motion To Dismiss Violation Petition And To Remove Hearing From Docket (Docket No. 22). Through the Motion, the parties request that the Court dismiss the Petition For Revocation Of Supervised Release (Docket No. 18), and cancel the hearing set for March 18, 2013 to consider the Petition. The Joint Motion is GRANTED. It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE